**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN THE MATTER OF:** **CHAPTER 13**
**Edward Frank Davis** **22-50317 KMS**
**Tonya Marie Davis**

## CERTIFICATE OF SERVICE

I**,** WARREN A. CUNTZ, JR., Chapter 13 Trustee, certify that I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing *Amended* Wage Order (Dkt. 51) to the Chapter 13 Debtor(s) Employer:

Clean Harbors
900 Georgia Avenue
Deer Park, TX 77536

DATED this the 26th day of October 2026.

/s/ Warren A. Cuntz, Jr., Trustee
Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505
(228) 831-9531 phonr
(228) 831-9902 fax
Wcuntzcourt@gport13.com